UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLAYTON EDWARD DANEKER,

          Plaintiff,

  v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

          Defendant.

Case No. C18-5148 JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

It is ORDERED that on or before March 12, 2018, Plaintiff shall file a new application to proceed *in forma pauperis* that states unambiguously, in response to question three, whether amounts received are monthly or for a twelve-month period.

DATED this 28th day of February 2018.

                                    William M. McCool
                                    Clerk of Court

                                  s/Tomas Hernandez
                                  Deputy Clerk

MINUTE ORDER - 1