THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAYTON EDWARD DANEKER,<br><br>Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL, Commissioner of Social Security,<br><br>Defendant. | CASE NO. C18-5148-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 20). Plaintiff was the prevailing party on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See* Dkt. Nos. 17–18.) The Court FINDS the requested award reasonable and just. Accordingly, the Court GRANTS Plaintiff's motion. Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $8000.00 and costs in the amount of $13.82, for a total award of $8013.82.

If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department's Offset Program, then the check for attorney fees shall be made payable to Plaintiff's attorney, Charles W. Talbot, based upon Plaintiff's assignment of these amounts to counsel. The check shall be mailed to Plaintiff's counsel at the following address: Charles W. Talbot, Esq., Talbot and Associates, P.S., 5005 Center St., Suite E., Tacoma,

1 | WA 98409.
2 | DATED this 22nd day of February 2019.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE