THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAYTON EDWARD DANEKER, | CASE NO. C18-5148-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner of Social Security Operations, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees (Dkt. No. 22). Pursuant to 42 U.S.C. § 406(b)(1):

> Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits.

42 U.S.C. § 406(b)(1). In determining whether to grant a § 406(b) fee request, a court must first ensure that the requested fee is consistent with the contract between the plaintiff and their attorney. *See Crawford v. Astrue*, 586 F.3d 1142, 1148 (9th Cir. 2009) (citing *Gisbrecht v. Barnhart*, 535 U.S. 789, 808–09 (2002)). The court must then test the requested fee for reasonableness. *Id.* (citing *Gisbrecht*, 535 U.S. at 808). A court has broad discretion to decide if a fee request is reasonable or to adjust a fee downward if the request is unreasonable. *See Gisbrecht*, 535 U.S. at 808.

| | |
|---|---|
| 1 | Plaintiff agreed to pay his attorney 25 percent of his past-due benefits if his Social |
| 2 | Security appeal was successful. (Dkt. No. 22-2 at 2.) Plaintiff's appeal was successful, and he |
| 3 | received an award of past-due benefits. (*Id.* at 4–8.) The Court previously awarded Plaintiff's |
| 4 | attorney $8,000 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (*See* |
| 5 | Dkt. No. 21 at 1.) In accordance with the fee agreement between Plaintiff and his attorney, |
| 6 | Plaintiff asks the Court to authorize a fee of $14,702.00 be paid to his attorney, minus what was |
| 7 | previously awarded pursuant to the EAJA. (Dkt. No. 22 at 3.) The Court finds that the total fee |
| 8 | requested is reasonable given the amount of time Plaintiff's attorney spent litigating this case. |
| 9 | (*See* Dkt. No. 22-2 at 24–25.) The Commissioner does not oppose the request or the amount of |
| 10 | fees. (*See* Dkt. No. 24 at 1.) |

For the forgoing reasons, Plaintiff's motion for attorney fees (Dkt. No. 22) is GRANTED. The Court hereby ORDERS that Plaintiff's attorney is AWARDED attorney fees in the amount of $14,702.00 pursuant to 42 U.S.C. § 406(b), less the $8,000 awarded pursuant to the EAJA, resulting in a net award of $6,702.00.

DATED this 11th day of February 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-5148-JCC
PAGE - 2